52  485
30a 210

## ELIAS RAY

*v.*

## GEORGE W. HAINES.

MINOR—*not bound by his contract.* Where a minor contracted to work nine months, but worked one month and a half, and quit, *it was held*, he was not bound by his contract, and could recover from his employer the value of the services rendered.

APPEAL from the Circuit Court of Woodford county; the Hon. SAMUEL L. RICHMOND, Judge, presiding.

The opinion sufficiently states the case.

Messrs. INGERSOLL & McCUNE, for the appellant.

Mr. W. G. RANDALL and Messrs. BANGS & SHAW, for the appellee.

Mr. JUSTICE LAWRENCE delivered the opinion of the Court :

In this case a minor had contracted to work for the defendant nine months, but left after working six weeks. Being a minor, his contract was not obligatory upon him, and he was entitled to recover from his employer the value of the services rendered. This value the court inferred from the amount admitted by the defendant to have been due the plaintiff when he left, as wages, and we are not inclined to reverse because the proof was not more positive.

*Judgment affirmed.*